UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BROWN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | Case No. 4:09CV1130 RWS |
| ) | |
| CAPITAL RESTORATION & PAINTING ) | |
| CO., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

On March 25, 2010, plaintiffs asked the Court to postpone referring this case to alternative dispute resolution because the parties were attempting to resolve the matter.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall notify the Court of the status of this action in writing by no later than June 8, 2010.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of June, 2010.