UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BROWN, et al., | ) |
| Plaintiffs, | ) |
| Vs. | ) Case No. 4:09CV1130 RWS |
| CAPITAL RESTORATION & PAINTING CO., | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiffs' motion for attorneys' fees and costs. On July 1, 2010, I granted plaintiffs summary judgment on their claims against defendant for unpaid contributions under ERISA. Plaintiffs have timely submitted their motion for attorneys' fees and costs. Defendant does not oppose the motion, and its time for doing so has expired. Based on the evidence presented, I find that services performed by plaintiffs' attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable, and that the amount sought for attorneys' fees is reasonable. Accordingly, I will grant plaintiff the total amount sought of $4,585.00. I will also enter final judgment in this matter in accordance with the proposed Judgment provided by plaintiffs.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for attorneys' fees and costs [#31] is granted, and plaintiffs are awarded a total of $4.585.00 in attorneys' fees and costs.

**IT IS FURTHER ORDERED** that final entry of Judgment will be entered consistent with this Memorandum and Order and the Memorandum and Order issued July 1, 2010.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of July, 2010.