UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BROWN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | Case No. 4:09CV1130 RWS |
| ) | |
| CAPITAL RESTORATION & PAINTING ) | |
| CO., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion to hold defendant in contempt for failing to comply with my June 6, 2011 Order requiring it to appear for deposition. The affidavit of plaintiffs' counsel in support of the motion does not indicate whether plaintiffs served a copy of my Order upon defendant. Before I set this motion for a hearing, I would like counsel to provide me with a supplemental affidavit attesting to his efforts to make defendant aware of its obligation to attend the deposition as required by my Order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' counsel shall file a supplemental affidavit in support of the motion for contempt in compliance with this Order.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of July, 2011.