UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BROWN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | Case No. 4:09CV1130 RWS |
| ) | |
| CAPITAL RESTORATION & PAINTING ) | |
| CO., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

The Court having been advised that the parties and movant Gary Sextro resolved their disputes,

**IT IS HEREBY ORDERED** that **all pending motions [#187, #190] are denied.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of December, 2011.