UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD BROWN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | Case No. 4:09CV1130 RWS |
| | ) | |
| CAPITAL RESTORATION & PAINTING | ) | |
| CO., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Pursuant to Rule 42(a) of the Federal Rules of Appellate Procedure,

**IT IS HEREBY ORDERED** that Gary Sextro's motion to voluntarily dismiss appeal [#198] is granted.

**IT IS FURTHER ORDERED** that **plaintiffs shall show cause in writing within ten days of the date of this Order why the Court should not grant Gary Sextro's motion to enforce the settlement reached by the parties in connection with plaintiffs' ongoing collection efforts in this matter.**


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 24th day of January, 2012.